UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOME ASSURANCE CO., | 1:06-CV-0790 OWW LJO |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| ROMAN CATHOLIC BISHOP OF FRESNO, | |
| Defendant. | |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice with each party to bears its own costs.

IT IS SO ORDERED.

**Dated:   October 24, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

1